**Order entered November 20, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00956-CV

### SUSAN ANN FISHER, Appellant

### V.

### MEDICAL CENTER OF PLANO, ET AL., Appellees

**On Appeal from the 296th Judicial District Court
Collin County, Texas
Trial Court Cause No. 296-01024-2014**

## ORDER

Before the Court is appellant's November 13, 2015 "Motion for Extension of Time to Obtain Clerk's Records and Court Recordings and to Use Record from Previous Appeals and Indigency" and November 16, 2015 "Motion to Not Suspend Rules and to Allow Extended Time to Perfect Appeal, Supplement Brief and Obtain Records." On November 17, 2015, the Court received a supplemental clerk's record related to appellant's indigence status. Appellant filed an affidavit of indigence on August 20, 2015. No contest to this affidavit was filed. Accordingly, the affidavit's allegations are deemed true and appellant is allowed to proceed without advance payment of costs. *See* TEX. R. APP. P. 20.1(f).

Accordingly, we **GRANT** appellant's motions **TO THE EXTENT** that we **ORDER** Andrea Stroh Thompson, Collin County District Clerk, and Janet Dugger, Official Court

Reporter for the 296th Judicial District Court**,** to file their respective records by **MONDAY, DECEMBER 21, 2015**.

The Court will rule on appellant's motion for extension of time to file a notice of appeal after the clerk's record is filed.

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to Ms. Thompson, Ms. Dugger, appellant, and counsel for appellees.

/s/     ELIZABETH LANG-MIERS
JUSTICE